UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TALLEY,<br><br>                Plaintiff,<br><br>   v.<br><br>GINA NAJOLIA,<br><br>               Defendant. | CASE NO. 15-5707 RJB<br><br>ORDER |

      This matter comes before the Court on review of the record. The Court has considered the file and is fully advised.

      On October 1, 2015, Plaintiff filed a Complaint (Dkt. 1), but did not pay the filing fee or file an application to proceed *in forma pauperis*. On November 16, 2015, a Report and Recommendation was filed, noting that Plaintiff has incurred over three strikes under 28 U.S.C. § 1915(g). Dkt. 5. The Report and Recommendation recommends that Plaintiff be ordered to pay the filing fee because he may not proceed *in forma pauperis*. *Id*. On November 23, 2015, Plaintiff filed a pleading in this and several other cases, moving for the recusal of several of this district's judges. Dkt. 6. On November 25, 2015, a Bar Order was entered against Plaintiff

ORDER- 1

1 | pertaining to all future filings.  Dkt. 7.  On November 30, 2015, the Report and Recommendation

2 | (Dkt. 5) was returned to the court by the post office, stamped, "Return to Sender Not in Jail."

3 | Dkt. 8.

4 |       Local Rules W.D. Wash. 41(b)(2) provides:

5 | A party proceeding pro se shall keep the court and opposing parties advised as to his or her current mailing address and, if electronically filing or receiving notices electronically, his or her current email address.  If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

10 |       Plaintiff has failed to keep the court advised as to his current mailing address.  Plaintiff should be ordered to advise the court of his current mailing address within 60 days of the date of this Order.  If Plaintiff fails to do so, this case should be dismissed without prejudice by the clerk for failure to prosecute under Local Rule 41(b)(2).  The Report and Recommendation (Dkt. 5) and Plaintiff's November 23, 3015 motion (Dkt. 6) should be **RENOTED** to  February 5, 2016.

15 |       **IT IS SO ORDERED**.

16 |       The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

17 |       Dated this 4th day of December, 2015.

                                          *[signature]*
                                  ROBERT J. BRYAN
                                  United States District Judge